## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE PENNSYLVANIA EASTERN (READING) DISTRICT

IN RE: Samia Azar                       CHAPTER 7

           <u>Debtor</u>

                                  BKY. NO. 19-11479 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3 and index same on the master mailing list.

                          Respectfully submitted,


                          **/s/ Rebecca A. Solarz, Esq**
                          Rebecca A Solarz, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322