Certificate Number: 17082-PAE-DE-032694899

Bankruptcy Case Number: 19-11479



17082-PAE-DE-032694899

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>April 19, 2019</u>, at <u>10:36</u> o'clock <u>AM MST</u>, <u>SAMIA AZAR</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 19, 2019</u>            By:    <u>/s/Orsolya K Lazar</u>

                                             Name:  <u>Orsolya K Lazar</u>

                                             Title:    <u>Executive Director</u>