UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Samia Azar                                    )
                Debtor .                          )          CHAPTER 7
                                                        )
                                                        )          CASE NO. 19-11479
                                                        )

## **CERTIFICATE OF SERVICE**

    I, Gilbert B. Weisman, do hereby certify that on this 9th day of July, 2019, a true and correct copy of the Motion to Appear Pro Hac Vice was served by first-class, postage prepaid U. S. mail upon:

Charles Laputka, Esq.                        United States Trustee
Laputka Law Office                           833 Chestnut Street, Suite 500
1344 W. Hamilton St.                         Philadelphia, PA  19107
Allentown, PA 18102

Lynn E. Feldman, Trustee
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104

                                                       /s/ Gilbert B. Weisman
                                                       Gilbert B. Weisman
                                                       Becket and Lee, LLP
                                                       Pennsylvania Bar #59872
                                                       16 General Warren Blvd
                                                       Malvern, PA 19355
                                                       gweisman@becket-lee.com
                                                       610.644.7800

1

2

Case 19-11479-mdc    Doc 18    Filed 07/09/19    Entered 07/09/19 16:53:40    Desc Main
Document      Page 2 of 2