UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Samia Azar ) | |
| Debtor . ) | CHAPTER 7 |
| ) | |
| ) | CASE NO. 19-11479 |
| ) | |

## ORDER

This matter having come before the Court upon the motion of Christopher R. Chicoine, of Christopher R. Chicoine, PLLC for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Time Investment Co., Inc. in the above-styled cause only ("Motion");

The Court having reviewed the motion and support thereof;

For good cause:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is granted.

BY THE COURT:

July 22, 2019

_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

**Service List:**

Gilbert B. Weisman, Esq.
Becket & Lee, LLP
P.O. Box 3001
Malvern, PA  19355

Christopher R. Chicoine, Esq.
Christopher R. Chicoine, PLLC
PO Box 1664
Duvall, WA 98019

Document      Page 2 of 2

B-9010-2 (rev 5/22/12)

Charles Laputka, Esq.
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102

Lynn E. Feldman, Trustee
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107