United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 19-11479-mdc
Samia Azar                                                               Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Stacey              Page 1 of 1           Date Rcvd: Jul 22, 2019
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2019.
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2019 at the address(es) listed below:
    CHARLES    LAPUTKA    on behalf of Debtor Samia  Azar claputka@laputkalaw.com,
     jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
    GILBERT B. WEISMAN    on behalf of Attorney Christopher R Chicoine notices@becket-lee.com
    LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.axosfs.com
    REBECCA ANN SOLARZ    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et al... bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                                                           TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Samia Azar                                  )
           Debtor .                           )    CHAPTER 7
                                              )
                                              )    CASE NO. 19-11479
                                              )

## ORDER

This matter having come before the Court upon the motion of Christopher R. Chicoine, of Christopher R. Chicoine, PLLC for an order granting admission *pro hac vice* for the purpose of appearing as counsel on behalf of Time Investment Co., Inc. in the above-styled cause only ("Motion");

The Court having reviewed the motion and support thereof;

For good cause:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is granted.

BY THE COURT:

July 22, 2019

*[signature: Magdeline D. Coleman]*

HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

**Service List:**

Gilbert B. Weisman, Esq.
Becket & Lee, LLP
P.O. Box 3001
Malvern, PA  19355

Christopher R. Chicoine, Esq.
Christopher R. Chicoine, PLLC
PO Box 1664
Duvall, WA 98019

1

Charles Laputka, Esq.
Laputka Law Office
1344 W. Hamilton St.
Allentown, PA 18102

Lynn E. Feldman, Trustee
Feldman Law Offices PC
221 N. Cedar Crest Blvd.
Allentown, PA 18104

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107