UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Samia Azar,

        Debtor                     CHAPTER 7

    Samia Azar,

        Movant,                 NO: 19-11479

      Vs.

    Time Investment Co, INC,

        Respondent

## PRAECIPE FOR ENTRY OF ORDER

      Counsel for Debtor and Counsel for the Respondent, Christopher Chicoine, Esquire have been in close communication regarding the Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(F)(1)(B) and while no Answer has been filed with the Court regarding said Motion, Christopher Chicoine, Esquire has agreed to the entry of the Order submitted to this Court.

Respectfully Submitted,

Dated: August 6, 2019                 /s/ Charles Laputka, Esquire
                                       Charles Laputka, Esquire
                                       Laputka Law Office, LLC
                                       1344 W. Hamilton Street
                                       Allentown, PA 18102
                                       Phone: (610) 477-0155
                                       Fax: (484) 350-3581