UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　Samia Azar<br>　　　　Debtor<br><br>　Samia Azar<br>　　　　Movant,<br><br>　vs.<br><br>　Time Investment Co, INC,<br>　　　　Respondent | CHAPTER 7<br><br>NO: 19-11479 |

## STIPULATION RESOLVING MOTION TO AVOID LIEN PURSUANT TO 11 U.S.C §522(F)(1)(B)

**NOW,** this 12th day of August, 2019, it is hereby agreed and stipulated to between Counsel for the Debtor/Movant, Charles Laputka, Esquire, and Attorney for Respondent, Christopher Chicoine, as follows:

1. The Debtor, Samia Azar, filed a voluntary petition under Chapter 7 of the Bankruptcy Code on March 11, 2019

2. Respondent, Time Investment Co, INC, filed a lien against the Debtor's real estate in the amount of $11,416.62 on January 15, 2019 by filing a UCC Financing Statement with the Recorder of Deeds of Lehigh County, under instrument number: 2016035076.

3. Debtor claims all property as exempt pursuant to the Amended Schedule C filed with the Court on March 11, 2019.

4. Debtor alleges that the fair market value of her real estate is listed and the property claimed is exempt as set forth in Schedule A of the Bankruptcy Petition.

5. The Debtor is entitled to exempt the full value of her ownership interest in real and

personal property.

6. Counsel for Debtor/Movant and Counsel for Respondent stipulate that Time Investment Co., Inc shall cause the UCC lien referred in Paragraph 2 above to be marked satisfied and released. Each side shall bear its own attorney's fees.

| | |
|---|---|
| /s/Christopher Chicoine | /s/Charles Laputka |
| Christopher Chicoine, Esquire | Charles Laputka, Esquire |
| Attorney for Respondent | Attorney for Debtor/Movant |

## ORDER

**IT IS HEREBY ORDERED**, that the above Stipulation is approved and adopted as an Order of Court.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE