```
                                United States Bankruptcy Court
                                Eastern District of Pennsylvania
In re:                                                                    Case No. 19-11479-mdc
Samia Azar                                                                Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Stacey                Page 1 of 1                  Date Rcvd: Aug 12, 2019
                              Form ID: pdf900             Total Noticed: 10
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
db             +Samia Azar,    749 E Green Street,    Allentown, PA 18109-1838
aty            +Christopher R Chicoine,    Christopher R. Chicoine, PLLC,    P.O. Box 1664,
                 Duvall, WA 98019-1664
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2019 03:41:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2019 03:42:37     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2019 03:58:09      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
              CHARLES   LAPUTKA    on behalf of Debtor Samia  Azar claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              GILBERT B. WEISMAN    on behalf of Attorney Christopher R Chicoine notices@becket-lee.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

    Samia Azar

        Debtor

    Samia Azar

        Movant,

    vs.

    Time Investment Co, INC,

        Respondent

CHAPTER 7

NO: 19-11479

## STIPULATION RESOLVING MOTION TO AVOID LIEN PURSUANT TO 11 U.S.C §522(F)(1)(B)

**NOW,** this 12th day of August, 2019, it is hereby agreed and stipulated to between Counsel for the Debtor/Movant, Charles Laputka, Esquire, and Attorney for Respondent, Christopher Chicoine, as follows:

1. The Debtor, Samia Azar, filed a voluntary petition under Chapter 7 of the Bankruptcy Code on March 11, 2019

2. Respondent, Time Investment Co, INC, filed a lien against the Debtor's real estate in the amount of $11,416.62 on January 15, 2019 by filing a UCC Financing Statement with the Recorder of Deeds of Lehigh County, under instrument number: 2016035076.

3. Debtor claims all property as exempt pursuant to the Amended Schedule C filed with the Court on March 11, 2019.

4. Debtor alleges that the fair market value of her real estate is listed and the property claimed is exempt as set forth in Schedule A of the Bankruptcy Petition.

5. The Debtor is entitled to exempt the full value of her ownership interest in real and

personal property.

6.  Counsel for Debtor/Movant and Counsel for Respondent stipulate that Time Investment Co., Inc shall cause the UCC lien referred in Paragraph 2 above to be marked satisfied and released.  Each side shall bear its own attorney's fees.


| /s/Christopher Chicoine | /s/Charles Laputka |
|---|---|
| Christopher Chicoine, Esquire | Charles Laputka, Esquire |
| Attorney for Respondent | Attorney for Debtor/Movant |


### ORDER

IT IS HEREBY ORDERED, that the above Stipulation is approved and adopted as an Order of Court.

BY THE COURT:

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE